IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01494-LTB-KMT

THE KONG COMPANY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

TRIPLE CROWN DOG ACADEMY, INC., a Texas corporation,

    Defendant.

## **ORDER**

This matter is before the court on the parties "Joint Motion to Vacate Scheduling/ Planning Conference and Stay Litigation" [Doc. No. 11, filed February 13, 2008].

The parties, citing pending mediation in March 2008, have requested to vacate the Scheduling Conference and stay the litigation as a cost saving measure. The court is, of course, in favor of the parties saving costs, however Fed. R. Civ. P. 16(b)(2) specifically directs, "The judge must issue the scheduling order as soon as practicable, but in any event within the earlier of 120 days after any defendant has been served with the complaint or 90 days after any defendant has appeared." The docket reflects that the Defendant's waiver of service was filed on November 5, 2007 and the defendant filed an answer and cross claims on December 20, 2007. Therefore, the scheduling order must issue by March 4, 2008.

WHEREFORE, the parties Joint Motion to Vacate Scheduling/Planning Conference and Stay Litigation [Doc. No. 11] is DENIED. The parties may, however, appear at the hearing telephonically by placing a conference call to chambers at 303-335-2780 at the time scheduled for the hearing. All other conditions of the Order setting scheduling conference remain in effect.

Dated this 19 day of February, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge