**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01494-LTB-KMT

THE KONG COMPANY, LLC, a Colorado limited liability company,

      Plaintiff,

v.

TRIPLE CROWN DOG ACADEMY, INC., a Texas corporation,

      Defendant.

_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 28 - filed May 7, 2008), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED: May 8, 2008